**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000485**
**16-JAN-2026**
**07:59 AM**
**Dkt. 79 ODMR**

NO. CAAP-23-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WELLS FARGO BANK, N.A., Plaintiff-Appellee, v.
EBONI A. PRENTICE, Defendant-Appellant, THE MAUI LANI
COMMUNITY ASSOCIATION, Defendant-Appellee, and JOHN DOES 1-10;
JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 2-10;
DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10, Defendants,

———

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Counterclaimant-
Appellee, v. WELLS FARGO BANK, N.A., Plaintiff/Counterclaim
Defendant-Appellee,

———

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Cross-Claimant-
Appellee, v. EBONI A. PRENTICE, Defendant/Cross-Claim Defendant-
Appellant, and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS
1-10; DOE CORPORATIONS 2-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Defendants/Cross-Claim Defendants,

and

THE MAUI LANI COMMUNITY ASSOCIATION, Defendant/Additional Cross-
Claimant-Appellee, v. SUNRUN, INC., Defendant/Cross-Claim
Defendant-Appellee, and JOHN ROES 1-10; JANE ROES 1-10; ROE
PARTNERSHIPS; ROE CORPORATIONS; ROE ENTITIES 1-10; and ROE
GOVERNMENTAL UNITS 1-10, Defendants-Additional Cross-Claim
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000169)

<u>ORDER</u>
(By: Nakasone, Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of *Wells Fargo Bank, N.A.'s* **Motion for Reconsideration** *of the Summary Disposition Order Issued November 28, 2025*, filed on December 8, 2025, the papers in support, the December 23, 2025 response, and the record, the motion presents no point of law or fact we overlooked or misapprehended. <u>See</u> Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, January 16, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge